UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DEREK KITCHEN, individually; MOUDI SBEITY, individually; KAREN ARCHER, individually; KATE CALL, individually; LAURIE WOOD, individually; and KODY PARTRIDGE, individually, <br><br>　　Plaintiffs, <br><br>v. <br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; JOHN SWALLOW, in his official capacity as Attorney General of Utah; and SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County, <br><br>　　Defendants. | ORDER GRANTING LEAVE TO FILE AMICUS BRIEF <br><br><br>Civil Case No. 2:13-cv-00217-RJS <br><br>Judge Robert Shelby |

Having reviewed the Motion for Leave to File Memorandum of Law as *Amici Curiae* in Support of Plaintiffs' Motion for Summary Judgment, and finding good cause for the motion, the Court therefore GRANTS the motion.

DATED this 18th day of October, 2013.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge