IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DEREK KITCHEN, MOUDI SBEITY, KAREN ARCHER, KATE CALL, LAURIE WOOD, and KODY PARTRIDGE,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY R. HERBERT, JOHN SWALLOW, and SHERRIE SWENSEN,<br><br>Defendants. | ORDER ON MOTION REGARDING AMICI CURIAE<br><br><br><br><br><br>Case No. 2:13-cv-217 |

The Plaintiffs move the court to disallow third parties to file amicus briefs in this case except upon a showing that the intervention will not change the existing deadlines in the case and that the brief will provide "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997). While the court does not plan to change the hearing date set for December 4, 2013, the court declines to adopt the standard suggested by the Plaintiffs. Accordingly, the Plaintiffs' Motion is DENIED.

SO ORDERED this 21st day of October, 2013.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge