PHILIP S. LOTT (5750)
STANFORD E. PURSER (13440)
Assistant Utah Attorneys General
BRIAN L. TARBET (3191)
Acting Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
Email: phillott@utah.gov
Email: spurser@utah.gov

*Attorneys for Defendants Gary R. Herbert and Acting Attorney General Brian L. Tarbet*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEREK KITCHEN, individually; MOUDI SBEITY, individually; KAREN ARCHER, individually; KATE CALL, individually; LAURIE WOOD, individually; and KODY PARTRIDGE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; JOHN SWALLOW, in his official capacity as Attorney General of Utah; and SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Civil Case No. 2:13-cv-00217-RJS<br><br>Judge Robert J. Shelby |

Defendants Governor Gary R. Herbert and Acting Utah Attorney General Brian L. Tarbet (State Defendants) hereby file this notice of appeal pursuant to Federal Rule of Appellate Procedure 3.

State Defendants appeal from the Memorandum Decision and Order ([Docket No. 90](#)) entered by the Court in this matter on December 20, 2013. Appeal is taken to the United States Court of Appeals for the Tenth Circuit.

BRIAN L. TARBET
Acting Utah Attorney General

 /s/  Philip S. Lott
Philip S. Lott
Stanford E. Purser
Assistant Utah Attorneys General
*Attorneys for Defendants Gary R. Herbert and Acting Attorney General Brian L. Tarbet*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Peggy A. Tomsic | tomsic@mgplaw.com |
| James E. Magleby | magleby@mgplaw.com |
| Jennifer Fraser Parrish | parrish@mgplaw.com |
| MAGLEBY & GREENWOOD, P.C. | |
| 170 South Main Street, Suite 850 | |
| Salt Lake City, UT 84101-3605 | |
| | |
| Ralph Chamness | rchamness@slco.org |
| Darcy M. Goddard | dgoddard@slco.org |
| Salt Lake County District Attorneys | |
| 2001 South State, S3500 | |
| Salt Lake City, Utah 84190-1210 | |

 /s/  Philip S. Lott