AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 DEC 20 D 4: 28
DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

DEREK KITCHEN, individually, MOUDI SBEITY, individually, KAREN ARCHER, individually, KATE CALL, individually, LAURIE WOOD, individually, and KODY PARTRIDGE, individually,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, JOHN SWALLOW, in his official capacity as Attorney Genderal of Utah, and SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00217-RJS

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiffs as follows: the court finds that the amendment known as Amendment 3 to Utah Constitution is unconstitutional because it denies the plaintiffs their rights to due process and equal protection under the Fourteenth Amendment of the United States Constitution. The State of Utah is enjoined from enforcing § 30-1-2 and § 30-1-4.1 of the Utah Code and Article I, §29 of the Utah Constitution to the extent these laws prohibit a person from marrying another person of the same sex.

December 20, 2013
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk