**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 25, 2014**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

DEREK KITCHEN; MOUDI SBEITY;
KAREN ARCHER; KATE CALL;
LAURIE WOOD; KODY PARTRIDGE,
individually,

      Plaintiffs - Appellees,

v.

GARY R. HERBERT, in his official
capacity as Governor of Utah; SEAN
REYES, in his official capacity as Attorney
General of Utah,

      Defendants - Appellants,

and

SHERRIE SWENSEN, in her official
capacity as Clerk of Salt Lake County,

      Defendant.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)

_____

**JUDGMENT**
_____

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.
_____

This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk