**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 6, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

DEREK KITCHEN, et al.,

    Plaintiffs - Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah, et al.,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

-------------------------------

THE CENTER FOR URBAN RENEWAL AND EDUCATION, et al.,

    Amici Curiae.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)

_____

**ORDER**
_____

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.
_____

    On this date, the United States Supreme Court denied certiorari review in this matter. Consequently, the stay of the mandate directed in our decision dated June 25,

2014 is lifted, and the mandate shall issue forthwith. A copy of this order shall stand as the mandate of the court.

>Entered for the Court
>
>*Elisabeth A. Shumaker*
>
>ELISABETH A. SHUMAKER, Clerk