FILED
United States Court of Appeals
Tenth Circuit

June 25, 2014

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

DEREK KITCHEN; MOUDI SBEITY; KAREN ARCHER; KATE CALL; LAURIE WOOD; KODY PARTRIDGE, individually,

    Plaintiffs - Appellees,

v.

GARY R. HERBERT, in his official capacity as Governor of Utah; SEAN REYES, in his official capacity as Attorney General of Utah,

    Defendants - Appellants,

and

SHERRIE SWENSEN, in her official capacity as Clerk of Salt Lake County,

    Defendant.

No. 13-4178
(D.C. No. 2:13-CV-00217-RJS)

───────────────────────────────

**JUDGMENT**

───────────────────────────────

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.

───────────────────────────────

    This case originated in the District of Utah and was argued by counsel.

The judgment of that court is affirmed.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk